JAMES C. YOON, State Bar No. 177155
  jyoon@wsgr.com
STEFANI E. SHANBERG, State Bar No. 206717
  sshanberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
GWC Technology, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 13 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Send

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

MAGIC CONTROL TECHNOLOGIES, a Taiwan corporation

  Plaintiff,

v.

KENSINGTON COMPUTER PRODUCTS GROUP, a division of ACCO Brands Corporation, a Delaware corporation; GWC TECHNOLOGY, INC., a California corporation; GOOD WAY TECHNOLOGY CO. LTD., a Taiwan corporation; and GOOD WAY ELECTRONICS, a China corporation.

  Defendants.

CASE NO.: 8:07-CV-00833 AG (MLGX)

STIPULATION EXTENDING TIME FOR DEFENDANT GWC TECHNOLOGY, INC. TO RESPOND TO COMPLAINT

and Order

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Magic Control Technologies ("MCT") and Defendant GWC Technology, Inc. ("GWC"), through their respective counsel that GWC shall have until October 12, 2007 to respond to MCT's Complaint. GWC has requested a previous extension to respond to MCT's complaint, and the Court issued an

1  Order extending time for GWC to respond to the Complaint by September
2  13, 2007. GWC requests this second extension of time to respond to MCT's
3  complaint in light of the Court's tentative ruling of September 10, 2007,
4  indicating that this case is likely to soon be stayed.

Dated: September 11, 2007

WILSON SONSINI GOODRICH & ROSATI, P.C.

*/s/ Stefani E. Shanberg*
Stefani E. Shanberg

Attorneys for Defendant
GWC Technology, Inc.

Dated: September 11, 2007

WANG, HARTMAN & GIBBS
A Professional Law Corporation

*/s/ Richard F. Cauley*
Richard F. Cauley

Attorneys for Plaintiff
Magic Control Technology
Corporation

IT IS SO ORDERED.

Dated: _____

_____
HON. ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Franchette Garcia, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **STIPULATION EXTENDING TIME FOR DEFENDANT GWC TECHNOLOGY, INC. TO RESPOND TO COMPLAINT**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

Richard F. Cauley, Esq.
Peter O. Huang, Esq.
Franklin E. Gibbs, Esq.
Faiza Anwar
**Wang Hartmann & Gibbs, P.C.**
1301 Dove Street, Suite 1050
Newport Beach, CA 92660

☒ By forwarding the document(s) by electronic transmission on this date to the addresses listed below:

Richard F. Cauley, Esq.
  rcauley@whglawfirm.com
Peter O. Huang, Esq.
  phuang@jcpw.com
Franklin E. Gibbs, Esq.
  fegibbs@jcpw.com
Faiza Anwar
  faiza@jcpw.com
**Wang Hartmann & Gibbs, P.C.**
1301 Dove Street, Suite 1050
Newport Beach, CA 92660

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

☐ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

1     ☐   By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed at Palo Alto, California on September 11, 2007.

*[signature]*
Franchette Garcia